**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DONNA GATES,

      Plaintiff,                                  CASE NO. 16-12092

v.                                 HON. MARIANNE O. BATTANI

COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Donna Gates brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of the Commissioner denying her application for Disability insurance Benefits under Title II of the Social Security Act, 42 U.S.C. § 401 et seq., and Supplemental security Income Benefits under Title XVI, 42 U.S.C. § 1381 et seq. The case was referred to Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b)(1)(B), to review the final decision.

The parties filed cross-motions for summary judgment. In a Report and Recommendation ("R&R") dated June 12, 2017, Magistrate Judge Morris recommended that Defendant's Motion for Summary Judgment be granted and that Plaintiff's motion be denied. In her R&R, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within 14 days of service and that a party's failure to file objections would waive any further right of appeal. (Doc. No. 22 at 26).

Neither party filed an objection. Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Moreover, this Court agrees with the thorough analysis contained in the R&R.

Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation, **DENIES** Plaintiff's Motion for Summary Judgment, **GRANTS** Defendant's Motion for Summary Judgment, and **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED.**

Date:   July 31, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on July 31, 2017.

s/ Kay Doaks
Case Manager